| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:19-bk-10787-CPM<br>Middle District of Florida<br>Tampa<br>Tue Jul  7 14:54:27 EDT 2020 | American Momentum Bank<br>Shumaker Loop & Kendrick, LLP<br>c/o Mark D. Hildreth, Esq.<br>P.O. Box 49948<br>Sarasota, FL 34230-6948 | James Hoyer, P.A.<br>2801 W. Busch Blvd.<br>Suite 200<br>Tampa, FL 33618-4500 |
| Lyon Credit Services, Inc.<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 | ADP<br>One ADP Blvd.<br>Roseland, NJ 07068-1786 | AT&T c/o Bankruptcy<br>1801 Valley View Ln<br>Dallas, TX 75234-8906 |
| American Momentum Bank<br>Mark D. Hildreth, Esq., Shumaker Loop<br>P. O. Box 49948<br>Sarasota, FL 34230-6948 | American Momentum Bank<br>c/o Shumaker Loop & Kendrick<br>Attn: Meghan Serrano, Esq.<br>240 S. Pineallple Ave, #1000<br>Sarasota, FL 34236-6717 | Barnett, Bolt, Kirkwood, Long,<br>Koche, and Foster<br>601 Bayshore Blvd #700<br>Tampa, FL 33606-2756 |
| CIT<br>21146 Network Place<br>Chicago, IL 60673-1211 | CIT Bank NA<br>c/o Bankruptcy Processing Solutions, Inc<br>PO Box 593007<br>San Antonio, TX 78259-0200 | DOUG BELDEN TAX COLLECTOR<br>C/O BRIAN T FITZGERALD ATTY 27TH FLR<br>PO BOX 1110<br>TAMPA FL 33601-1110 |
| Dex Imaging<br>5109 W Lemon Street<br>Tampa, FL 33609-1105 | Estate of W. Christian Hoyer<br>c/o Nicole Bell, Esq.<br>100 2nd Avenue S<br>Suite 900<br>Saint Petersburg, FL 33701-4360 | FedEx Corp. Revenue<br>3965 Airways<br>Module G<br>Memphis, TN 38116-5017 |
| Hillsborough Cty Tax Collect<br>601 East Kennedy Boulevard<br>County Center, 14th Floor<br>Tampa, FL 33602-4156 | Hoyer Family Ltd Partnership<br>c/o Sean Estes, Esq.<br>2801 W Busch Blvd<br>Suite 200<br>Tampa, FL 33618-4500 | Hoyer Law Group, P.L.L.C.<br>Attn: Dave Scher<br>2801 W. Busch Blvd., Ste 200<br>Tampa, FL 33618-4500 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John Newcomer<br>1809 Evans Rd<br>Hendersonville, NC 28739-7783 | John Yanchunis, Sr.<br>165 11th Avenue NE<br>Saint Petersburg, FL 33701-1823 |
| LexisNexis<br>5000 T-Rex Avenue Suite 300<br>Boca Raton, FL 33431-4491 | Lyon Collection Services, Inc.<br>7924 West Sahara Ave.<br>Las Vegas, NV 89117-1990 | McClanathan, Burg, and Asso.<br>150 2nd Ave N #600<br>Saint Petersburg, FL 33701-3340 |
| Pitney Bowes<br>3001 Summer St.<br>Stamford, CT 06905-4317 | Pitney Bowes Global Financial Services L<br>PITNEY BOWES INC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Thomson Reuters<br>2395 Midway Rd<br>Carrollton, TX 75006-2521 |
| Total Admin. Services Corp.<br>2302 International Lane<br>Madison, WI 53704-3140 | TransUnion<br>PO Box 209047<br>Dallas, TX 75320-9047 | W. Christian Hoyer<br>c/o Nicole Bell, Esq.<br>100 2nd Avenue S.<br>Suite 900<br>Saint Petersburg, FL 33701-4360 |

```
Douglas N Menchise +                Steven M Berman +                    Mark D. Hildreth +
2963 Gulf to Bay Boulevard          Shumaker, Loop & Kendrick, LLP       Shumaker, Loop & Kendrick, LLP
Suite 300                           101 E. Kennedy Blvd., Suite 2800     P. O. Box 49948
Clearwater, FL 33759-4255           Tampa, FL 33602-5153                 Sarasota, FL 34230-6948


Douglas N Menchise, Attorney for Trustee +   United States Trustee - TPA7/13 +   Steven M Berman, Attorney for Trustee +
2963 Gulf to Bay Boulevard          Timberlake Annex, Suite 1200         Shumaker Loop & Kendrick, LLP
Suite 300                           501 E Polk Street                    101 E. Kennedy Blvd., Suite 2800
Clearwater, FL 33759-4255           Tampa, FL 33602-3949                 Tampa, FL 33602-5153


Kristina E Feher +                  Nicole Mariani Noel +                Note: Entries with a '+' at the end of the
Feher Law, P.L.L.C.                 Kass Shuler, P.A.                    name have an email address on file in CMECF
1275 66th Street N., #40042         PO Box 800
St. Petersburg, FL 33743-9502       Tampa, FL 33601-0800
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Catherine Peek McEwen            End of Label Matrix
Tampa                               Mailable recipients    38
                                    Bypassed recipients     1
                                    Total                  39
```